IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNABE RAMIREZ-ALCANTARA,

    Petitioner,

v.

WARDEN E. EMMERICH,
FCI OXFORD,

    Respondent.

ORDER

Case No. 25-cv-110-jdp

---

Petitioner Bernabe Ramirez-Alcantara seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 14, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 13, 2024 through the date of the petition, February 13, 2025.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Bernabe Ramirez-Alcantara may have until March 14, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 14, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 14th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge